# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

May 10, 2021

Jane K. Castro
Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Embassy Site Management, LLC
781 Conrad Street
Colorado Springs, CO 80915

Ms. Julie Jordyn
6105 NW River Park Drive
Riverside, MO 64150

Mr. Michael Dickson Kuhn
Mr. Andrew Edward Swan
Lewis Kuhn Swan
Suite 101
620 North Tejon Street, Suite 101
Colorado Springs, CO 80903

Mr. Jason Sheldon
129 Gunslinger Drive
Colorado Springs, CO 80923

**RE:     21-1083, Stephens v. Embassy Site Management, et al**
         Dist/Ag docket: 1:20-CV-00709-KMT

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

CMW/lg